**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN WATERLOO DIVISION**

| | |
|---|---|
| MARY CATHERINE DESOTO,<br><br>Plaintiff,<br>v.<br><br>MARK NOOK, ADAM BUTLER, ANN BILDER, AMY NIELSEN, LEAH GUTKNECT, TIFFANY DODD, KAYLEE MICHAELSEN, BRENDA WHITE, JOSE HERRERA, BRENDA BASS, and KARA HUGHES, and THE UNIVERSITY OF NORTHERN IOWA,<br><br>Defendants. | Case No. 25-CV-2057-MAR<br><br>**NOTICE OF SETTLEMENT** |

Comes Now, the parties in the above referenced matter, by and through the undersigned counsel, and hereby state that the parties have reached a settlement agreement. The parties request 60 days to complete the necessary settlement documents and file a dismissal herein.

/s/ Thomas P. Frerichs
Thomas P. Frerichs, AT0002705
**FRERICHS LAW OFFICE, P.C.**
106 E. Fourth Street
P.O. Box 328
Waterloo, IA 50704-0328
319-236-7204 (p)
319-236-7206 (f)
Email: Tfrerichs@frerichslaw.com
*Attorney for the Plaintiff*