**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| MARY CATHERINE DESOTO,<br><br>Plaintiff,<br>v.<br><br>MARK NOOK, ADAM BUTLER, ANN BILDER, AMY NIELSEN, LEAH GUTKNECT, TIFFANY DODD, KAYLEE MICHAELSEN, BRENDA WHITE, JOSE HERRERA, BRENDA BASS, and KARA HUGHES, and THE UNIVERSITY OF NORTHERN IOWA,<br><br>Defendants. | Case No. 25-CV-2057-MAR<br><br>**STIPULATED DISMISSAL** |

Comes Now, Plaintiff, Mary Catherine Desoto, and Defendants, by their counsel of record, pursuant to Federal Rule of Procedure 41(a)(1)(ii), and hereby stipulate to the dismissal of this action with prejudice.

Dated this 2nd day of June, 2026

/s/ Thomas P. Frerichs
Thomas P. Frerichs, AT0002705
**FRERICHS LAW OFFICE, P.C.**
106 E. Fourth Street
P.O. Box 328
Waterloo, IA 50704-0328
319-236-7204 (p)
319-236-7206 (f)
Email: Tfrerichs@frerichslaw.com
*Attorney for the Plaintiff*

/s/ Christopher Deist
Chad D. Brakhahn – AT0010883
Christopher Deist
Nicholas J. Kilburg
Assistant Attorneys General
Department of Justice

Hoover Starte Office Building, 2nd Floor
Des Moines, IA 50319
Telephone: (515) 281-5164
Chad.brakhahn@ag.iowa.gov
Christopher.Deist@ag.iowa.gov
Nicholas.Kilburg@ag.iowa.gov